PER CURIAM HEADING









                                        NO.
12-08-00162-CR

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS DISTRICT

 

TYLER, TEXAS

 

 

MICHAEL KENNEDY,        §          APPEAL
FROM THE THIRD

APPELLANT

 

V.        §          JUDICIAL
DISTRICT COURT OF

 

THE STATE OF TEXAS,

APPELLEE   §          ANDERSON
COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER CURIAM

            Appellant
filed a notice of appeal complaining of the district court’s dismissal of his
motion for an insanity hearing.  However,
we could not verify that any such order had been signed by the trial
court.  On April 16, 2008, this court
notified Appellant that the information in this appeal does not include a final
judgment or other appealable order. 
Appellant was further informed that the appeal would be dismissed unless
the information received in the appeal was amended on or before April 28, 2008
to show the jurisdiction of this court. 
The deadline for showing this court’s jurisdiction has now passed, and
Appellant has not shown the jurisdiction of this court or otherwise responded
to its April 16, 2008 notice.  
Accordingly, the appeal is dismissed for want of jurisdiction.

Opinion delivered April 30,
2008.

Panel consisted of Worthen, C.J., Griffith, J., and
Hoyle, J.

 

                

(DO NOT PUBLISH)